Maria Estela LULE–MOLINA; Jose Manuel Moncada–Hernandez, Petitioners,

v.

Michael B. MUKASEY, Attorney General, Respondent.

No. 07–75042.

United States Court of Appeals, Ninth Circuit.

Submitted April 15, 2008.*

Filed April 21, 2008.

Maria Estela Lule–Molina, Lancaster, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Oil, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: B. FLETCHER, FISHER and PAEZ, Circuit Judges.

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM \*\*

This is a petition for review of the Board of Immigration Appeals' ("BIA") order dismissing petitioner Maria Estela Lule–Molina and petitioner Jose Manuel Moncada–Hernandez's appeal of an Immigration Judge's order denying their applications for cancellation of removal.

We have reviewed the response to the court's January 11, 2008 order to show cause, and we conclude that petitioner Maria Estela Lule–Molina has failed to raise a colorable constitutional or legal claim to invoke our jurisdiction over this petition for review. *See Martinez–Rosas v. Gonzales,* 424 F.3d 926 (9th Cir.2005); *Torres–Aguilar v. INS,* 246 F.3d 1267, 1271 (9th Cir.2001). Accordingly, respondent's motion to dismiss this petition for review for lack of jurisdiction as to petitioner Maria Estela Lule–Molina is granted. *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Romero–Torres v. Ashcroft,* 327 F.3d 887, 892 (9th Cir. 2003); *Montero–Martinez v. Ashcroft,* 277 F.3d 1137, 1144 (9th Cir.2002).

A review of the administrative record and petitioner's response to the court's order to show cause demonstrates that petitioner Jose Manuel Moncada–Hernandez has presented no evidence that he has a qualifying relative for purposes of cancellation of removal as defined in 8 U.S.C. § 1229b(b)(1)(D). *See Molina–Estrada v. INS,* 293 F.3d 1089, 1093–94 (9th Cir. 2002). The BIA therefore correctly concluded that, as a matter of law, petitioner was ineligible for cancellation of removal. Accordingly, the petition for review as to petitioner Jose Manuel Moncada–Hernandez is summarily denied. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

All other pending motions are denied as moot. The temporary stay of removal and voluntary departure confirmed by Ninth Circuit General Order 6.4(c) and *Desta v. Ashcroft,* 365 F.3d 741 (9th Cir.2004), shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED IN PART AND DISMISSED IN PART.**